IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL FRANKLIN CLARK, JR.                                                             PLAINTIFF

v.                                    3:22CV00214-BSM-JTK

GREENE COUNTY DETENTION CENTER, et al.                         DEFENDANTS

## ORDER

Paul Franklin Clark, Jr. ("Plaintiff") filed this 42 U.S.C. § 1983 action while he was incarcerated at the Greene County Detention Center, and the Court granted his Motion to Proceed In Forma Pauperis on September 2, 2022.  (Doc. Nos. 2, 5, 6).

It appears that Plaintiff was released from incarceration on September 20, 2022.  (Doc. No. 4).  The Court needs to review Plaintiff's financial information because it is unclear whether Plaintiff is still entitled to proceed in forma pauperis now that he is no longer in custody.

If Plaintiff wishes to continue this action, he must file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order.  The Clerk of the Court is directed to send Plaintiff an in forma pauperis application.

Plaintiff's failure to file an updated Motion to Proceed In Forma Pauperis within thirty (30) days of the date of this Order will result in the dismissal of Plaintiff's Complaint without prejudice. See Local Rule 5.5(c)(2). [1]

---

[1] The Plaintiff is hereby notified of his responsibility to comply with the Local Rules of the Court, including Rule 5.5(c)(2), which states, in part: "If any communication from the Court to a pro se Plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice.  Any party proceeding pro se shall be expected to be familiar with and follow the Federal Rules of Civil Procedure."

2

IT IS SO ORDERED this 6th day of October, 2022.

_____
JEROME T. KEARNEY
UNITED STATES MAGISTRATE JUDGE

Case 3:22-cv-00214-BSM-JTK   Document 8   Filed 10/06/22   Page 2 of 2