**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**PAUL FRANKLIN CLARK, JR.**                                                                 **PLAINTIFF**

**v.**                                    **CASE NO. 3:22-CV-00214-BSM**

**GREENE COUNTY
DETENTION CENTER,** *et al.*                                          **DEFENDANTS**

## ORDER

After careful review of the record, United States Magistrate Judge Jerome T. Kearney's recommended disposition [Doc. No. 11] is adopted. Paul Clark, Jr.'s lawsuit is dismissed without prejudice for failure to state a claim upon which relief may be granted. An *in forma pauperis* appeal would not be taken in good faith, and it is recommended that this dismissal count as a "strike" for purposes of 28 U.S.C. section 1915(g).

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE