IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

PAUL FRANKLIN CLARK, JR.                                                               PLAINTIFF

v.                              CASE NO. 3:22-CV-00214-BSM

GREENE COUNTY
DETENTION CENTER, *et al.*                                                           DEFENDANTS

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 7th day of November, 2022.

_____
UNITED STATES DISTRICT JUDGE